# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3684

_____

United States of America

*Plaintiff - Appellee*

v.

Reginald L. Ford

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: March 29, 2016
Filed: April 1, 2016
[Unpublished]

_____

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Reginald Ford directly appeals the sentence imposed by the district court[1] after he pled guilty to a drug offense, pursuant to a plea agreement containing an appeal

---

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that Ford's sentence is unreasonable and that Ford received ineffective assistance of counsel. Ford has filed a supplemental brief, arguing that the district court misapplied the career-offender provisions of the Guidelines, in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). First, we decline to reach the ineffective-assistance claim on direct appeal. *See United States v. Ramirez-Hernandez*, 449 F.3d 824, 826-27 (8th Cir. 2006) (ineffective-assistance claims are usually best litigated in collateral proceedings, where record can be properly developed). Second, as to the remaining arguments, we enforce the appeal waiver. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (*de novo* review); *United States v. Andis*, 333 F.3d 886, 889-90 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into waiver and plea agreement, and enforcing waiver would not result in miscarriage of justice). Finally, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we dismiss the appeal and grant counsel's motion to withdraw.

_____